SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Deborah Sandbank, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-00449-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DEBORAH SANDBANK AND ORDER**<br><br>Complaint Filed: FEBRUARY 16, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Deborah Sandbank) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Deborah Sandbank) is dismissed because she no longer operates the Establishment at issue in this litigation.

///

///

///

///

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-00449-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 2, 2009 | /s/Scott N. Johnson |
| 3 | | SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| 4 | | |
| 5 | **IT IS SO ORDERED**. | |
| 6 | | |
| 7 | Dated: April 10, 2009 | |
| 8 | | _____<br>MORRISON C. ENGLAND, JR |
| 9 | | UNITED STATES DISTRICT JUDGE |

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-00449-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com